■ The People of the State of New York, Respondent, v Neil Rich, Appellant. [601 NYS2d 811] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered September 17, 1992.

Ordered that the judgment is affirmed.

Appellate review of the issue raised by the defendant was effectively waived by him as part of his plea bargain. Accordingly, the judgment of conviction is affirmed *(see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Thompson, J. P., Sullivan, Miller, Ritter and Santucci, JJ., concur.